## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY STOLZ and** | § | |
| **ROBIN TOOLE** | § | **PLAINTIFFS** |
| | § | |
| **V.** | § | **Civil No. 1:12CV101-HSO-RHW** |
| | § | |
| **STATE FARM FIRE AND** | § | |
| **CASUALTY COMPANY** | § | **DEFENDANT** |

### FINAL JUDGMENT

This matter came on to be heard on the Second Motion for Summary Judgment [11] filed by Defendant State Farm Fire and Casualty Company.  The Court, after a full review and consideration of Defendant's Motion, related filings, the pleadings on file, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant State Farm Fire and Casualty Company, pursuant to FED. R. CIV. P. 56, and this civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 20th day of June, 2013.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE